PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

June 26, 2019

**Via ECF Only**
Honorable James L. Cott, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   Re: United States v. Edward Shin
     Docket No.: 1:19-mj-04951

Dear Judge Cott:

  I represent Edward Shin in the above-referenced matter. I am writing to advise that Mr. Shin hereby waives his preliminary hearing in this case pursuant to Rule 5.1 of the Rules of the Criminal Procedure.

          Respectfully submitted,

          /s/ Paul B. Brickfield

          Paul B. Brickfield

cc: Assistant U.S. Attorney Daniel Tracer (via ECF only)