UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

UNITED STATES OF AMERICA

v.

EDWARD SHIN,
    a/k/a Eungsoo Shin,

*Defendant.*

---------------------------------------------------------------

**Affirmation in Support of
Application for Order of Continuance**

**19 Mag. 4951**

| | |
|---|---|
| State of New York | ) |
| County of New York | : ss.: |
| Southern District of New York | ) |

Daniel Tracer, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. §3161(h)(7)(A).

2. The defendant was charged in a complaint dated May 22, 2019, with violations of 18 U.S.C. §§ 215, 371, 656, and 1349. The defendant was arrested on May 29, 2019, and was presented before Magistrate Judge James L. Cott on May 30, 2019. The defendant was represented by Paul Brickfield, Esq. and was released on bail with conditions including a $1 million bond secured by $25,000 in cash and signed by two financially responsible co-signors and travel restrictions.

3. At the initial presentment on May 30, 2019, defense counsel consented to a waiver of his client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary

hearing within 21 days of the initial appearance.   Accordingly, under the Speedy Trial Act the Government initially had until July 1, 2019 within which to file an indictment or information.

4. Defense counsel and I have had and are continuing to have discussions regarding possible dispositions of this case. We plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on July 1, 2019.

5. Therefore, the Government is requesting a 30-day continuance until July 31, 2019, to continue the foregoing discussions and reach a disposition of this matter. I personally spoke to defense counsel who specifically consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
      June 28, 2019


/s/ Daniel Tracer
Daniel Tracer
Assistant United States Attorney
(212) 637-2329