☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

          v.

EDWARD SHIN,
  a/k/a Eungsoo Shin,

*Defendant.*

------------------------------------------------------------

**Order of Continuance**

**19 Mag. 4951**

     Upon the application of the United States of America and the affirmation of Daniel Tracer, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 215, 371, 656, and 1349, in a complaint dated May 22, 2019, and was arrested on May 29, 2019;

     It is further found that the defendant was presented before Magistrate Judge James L. Cott on May 30, 2019, and was released on bail with conditions including a $1 million bond secured by $25,000 in cash and signed by two financially responsible co-signors and travel restrictions;

     It is further found that Paul Brickfield, Esq., counsel for defendant, and Assistant United States Attorney Daniel Tracer have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

     It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

     It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until July 31, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Daniel Tracer be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
\_\_\_\_July 1\_\_\_\_, 2019

_____
UNITED STATES MAGISTRATE JUDGE